UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| REYNALDO MIRANDA-ALBINO,<br><br>    Plaintiff,<br><br>    v.<br><br>FERRERO, INC., d/b/a Ferrero Caribe, Inc.,<br><br>    Defendant. | Civil No. 04-2340 (JAF) |

**O R D E R**

After having reviewed the Magistrate-Judge's Report and Recommendation, Docket Document No. 25, and no objections having been filed within the time allowed, the court **ADOPTS** the Magistrate's Report and **DENIES** the motion for summary judgment, Docket Document No. 6.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, this 6th day of September, 2005.

                              S/José Antonio Fusté
                              JOSE ANTONIO FUSTE
                              U. S. District Judge